IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOLENE LEE WRIGHT,

          Plaintiff,                    JUDGMENT IN A CIVIL CASE

  v.

                                            Case No. 17-cv-860-slc

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

          Defendant.

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Nancy A. Berryhill, Acting Commissioner of Social Security, against plaintiff Jolene Lee Wright, affirming the Commissioner's decision and dismissing the case.

| s/ K. Frederickson, Deputy Clerk | 12/14/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |